**FILED**
April 15, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff, )
v. )   Case No. MAG 05-0108 DAD
ETHAN ANDREW TUTTLE, )   ORDER FOR RELEASE OF
          Defendant. )   PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ETHAN ANDREW TUTTLE__, Case No. __MAG 05-0108 DAD__, Charge __18:2251, 2252, 2258__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __  Release on Personal Recognizance

   X  Bail Posted in the Sum of $ __200,000__

       __  Unsecured Appearance Bond $ _____

       __  Appearance Bond with 10% Deposit

       __  Appearance Bond with Surety

       __  Corporate Surety Bail Bond

   X  (Other) __Secured by property to be posted. Until posting unsecured bond co-signed by defendant and his mother.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __April 15, 2005__ at __2:45 p.m.__

By __/s/ Dale A. Drozd__
Dale A. Drozd
United States Magistrate Judge

Original - U.S. Marshal